No. 98–6227.  JONES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–6228.  PROPHETT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–6232.  KAZMIERCZAK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–6234.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–6235.  BROWN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–6243.  HERNANDEZ-GUERRERO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–6244.  FRANK, AKA CLARKE, AKA WILSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–6246.  DUNBAR *v.* MICHIGAN DEPARTMENT OF CIVIL SERVICE, EMPLOYMENT RELATIONS BOARD.  Ct. App. Mich.  Certiorari denied.

No. 98–6249.  FIELDS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–6252.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–6253.  WOOD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–6254.  TELLECHIA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–6255.  VIRAMONTES-ALVARADO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–6257.  AL JIBORI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–6259.  JENKINS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.